

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Albert Melvin Piatt,

Vs. No. 11-14-00238-CR

The State of Texas,

\* From the 29th District
Court of Palo Pinto County,
Trial Court No. 14229.

\* March 5, 2015

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.